**Appellant's Motion is Granted; Appellees' Motion is Denied as Moot; Appeal Dismissed and Memorandum Opinion filed December 15, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00755-CV

---

## OLGA GUTIERREZ, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED FOR THE ESTATE OF ENEDINA GUTIERREZ, DECEASED, Appellant

### V.

## STEWART TITLE COMPANY AND DON LORENZ AND JUDY LORENZ, Appellees

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0062112-D**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed August 31, 2016. On November 22, 2016, appellees Don Lorenz and Judy Lorenz filed a motion to dismiss the appeal for lack of jurisdiction. On December 1, 2016, appellant filed a

motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Appellant's motion is granted. Appellees' motion is denied as moot.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.